UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MELONEY LORENE DOLLAR,

    Defendant.

Case No. CR05-5479FDB

ORDER GRANTING MOTION REGARDING BOP PLACEMENT RECOMMENDATION

Defendant moves to change the Bureau of Prisons placement recommendation originally made part of the Court's Judgment at the time of sentencing on October 19, 2006. At that time, Defendant requested placement at the Sheridan Oregon Correctional Facility and the Court recommended this as part of the Judgment. Now Defendant having learned that the Geiger Correctional Facility, a Washington State Facility in Spokane will take female federal prisoners who have 60 months or less to serve, and Defendant having approximately 18 months to serve, requests that the Court recommend placement at Geiger, with all other provisions of the Judgment to remain the same. The United States Attorney has confirmed that he takes no position on the matter.

ACCORDINGLY, IT IS ORDERED: The Court hereby amends its recommendation to the Bureau of Prisons to allow placement at Geiger Correctional Facility in Spokane, Washington. All other aspects of the judgment of the Court entered on October 19, 2006 remain the same.

DATED this 1st day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1